Order issued November 8, 2012

4811



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-11-00914-CV

---

**DANIEL C. CALLAHAN, Appellant**

V.

**VITESSE AVIATION SERVICES, LLC, Appellee**

---

## ORDER

---

Pending is appellee's opposed motion requesting leave to participate in oral argument, filed on November 7, 2012, and appellant's response, which was filed on November 8, 2012. Having reviewed appellee's motion and appellant's response, appellee's motion is **GRANTED**. Appellee is hereby permitted to appear and present argument in the above case on Wednesday, November 14, 2012, at 9 a.m.

LANA MYERS
PRESIDING JUSTICE